IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LAURA KAT HAWKINS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>U.S. SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | CV 22-53-M-DWM<br><br><br>ORDER |

The parties having resolved the dispute at issue in the above-captioned case and stipulated to dismiss the action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE, the parties to bear their own costs and fees, if any. The Clerk of Court is directed to CLOSE the case.

DATED this 21st day of March, 2022.

_____
Donald W. Molloy, District Judge
United States District Court